1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2
   JEFF MITCHELL (CABN 236225)
3  Chief, Criminal Division

4  KELLY I. VOLKAR (CABN 301377)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Kelly.Volkar@usdoj.gov
8
   Attorneys for United States of America
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

Mar 12 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  4:26-mj-70262 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| DONTE DARNELL RILEY, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

that on March 11, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy

attached) issued upon an

☐    Indictment

☐    Information

☒    Criminal Complaint

☐    Other (describe) _____

pending in the District of Oregon, Case Number 3:26-CR-00049-SFB.

In that case (copy of criminal complaint attached), the defendant is charged with a violations of

Title 18, United States Code, Sections 1591 (Sex Trafficking of Minors or by Force, Fraud, or

Coercion), 2423(a) (Transportation of Minors with the Intent to Engage in Criminal Sexual Activity), and 1201 (Kidnapping).

The maximum penalties are as follows:

**18 U.S.C. § 1591(a)(1), (b)(2), (c) – Sex Trafficking of a Minor / Force, Fraud, Coercion**

- Mandatory minimum of 15 years' imprisonment (18 U.S.C. § 1591(b)(1));
- Maximum of life imprisonment (18 U.S.C. § 1591(b)(1));
- Maximum $250,000 fine (18 U.S.C. § 3571);
- Between five years and lifetime supervised release (18 U.S.C. § 3583(k));
- $100 special assessment (under 18 U.S.C. § 3013)
- $5,000 special assessment (under 18 U.S.C. § 3014)
- Restitution; and
- Forfeiture.

**18 U.S.C. § 2423(a) – Transportation of Minors with the Intent to Engage in Criminal Sexual Activity**

- Mandatory minimum of 10 years' imprisonment (18 U.S.C. § 2423(a));
- Maximum of life imprisonment (18 U.S.C. § 2423(a));
- Maximum $250,000 fine (18 U.S.C. § 3571);
- Between five years and lifetime supervised release (18 U.S.C. § 3583(k));
- $100 special assessment (under 18 U.S.C. § 3013)
- $5,000 special assessment (under 18 U.S.C. § 3014)
- Mandatory sex offender registration;
- Restitution; and
- Forfeiture.

**18 U.S.C. § 1201 – Kidnapping**

- Maximum of life imprisonment (18 U.S.C. § 1201(a));
- Maximum $250,000 fine (18 U.S.C. § 3571);

- Five years supervised release (18 U.S.C. § 3583);

- $100 special assessment (under 18 U.S.C. § 3013)

- Restitution; and

-  Forfeiture.

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: March 11, 2026

_____
 /s/
 KELLY I. VOLKAR
Assistant United States Attorney

v. 8/29/2025

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
| v. | ) |
| | ) Case No.  3:26-mj-00049 |
| | ) |
| Donte Darnell Riley | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

Certified to be a true and correct
copy of original filed in this District
Dated:  03/11/2026
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/R. Schellinger**
Pages 1 Through 17

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____Multnomah_____ in the

District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex Trafficking of Minors or by Force, Fraud, or Coercion |
| 18 U.S.C. § 2423(a) | Transportation of Minors with the Intent to Engage in Criminal Sexual Activity |
| 18 U.S.C. § 1201 | Kidnapping |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

_____
(By telephone)
*Complainant's signature*

Lyndsey Caron, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at __4:13__ p.m.

Date:  _____03/09/2026_____

_____
*Judge's signature*

City and state:  _____Portland, Oregon_____

Hon. Stacie F. Beckerman, U. S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:                   AFFIDAVIT OF LYNDSEY CARON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Lyndsey Caron, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2023.  I am currently assigned to the FBI's Portland field office.  My current assignment involves investigating child exploitation crimes and human trafficking.  I have received training concerning the use of investigative methods related to electronic, computer, and Internet-based crimes.  I have participated in investigations involving electronic evidence, emails, text messages, and the Internet.  Many of my investigations have involved the collection of information from digital devices or electronic communications providers, including social media platforms.  I am also familiar, through my training and experience, with the use of computers in criminal activity and the forensic analysis of electronically stored information.  I have participated in multiple investigations involving sex trafficking of minors.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for **DONTE DARNELL RILEY** (hereinafter **RILEY)**, for violations of 18 U.S.C. § 1591 - Sex Trafficking of Minors, or by Force, Fraud, or Coercion; 18 U.S.C. § 2423(a) - Transportation of Minors with the Intent to Engage in Criminal Sexual Activity; and 18 U.S.C. § 1201 - Kidnapping.   As set forth below, there is probable cause to believe that **RILEY** committed violations of 18 U.S.C. §§ 1591, 2423(a), and 1201.

**Affidavit of Lyndsey Caron**                                                    **Page 1**

## Applicable Law

3.      18 U.S.C. Section 1591, Sex Trafficking of Minors or by force, fraud, or coercion, prohibits knowingly, in or affecting interstate or foreign commerce, recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining, patronizing, or soliciting by any means a minor to engage in a commercial sex act or a person by means of force, fraud or coercion. It also prohibits benefiting financially or by receiving anything of value from participation in such a venture.

4.      Title 18 United States Code, Section 2423(a) prohibits the knowing transportation of a minor in interstate or foreign commerce with the intent that they engage in prostitution or in any sexual activity for which any person can be charged with a criminal offense.

5.      Title 18 United States Code, Section 1201 prohibits unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, or carrying away and holding for ransom or reward or otherwise any person and willfully transporting that person in interstate or foreign commerce, traveling in interstate or foreign commerce, or using an instrumentality of interstate or foreign commerce in furtherance of the commission of the offense.

## Statement of Probable Cause

6.      Minor Victim (MV) is an Oregon State Dependent youth and currently 15 years old.  On or about September 18, 2025, Oregon Department of Human Services (ODHS) advised FBI Portland that an unknown male had sex trafficked MV in Vallejo, California.  ODHS had custody of MV for several years, but she ran from custody on September 14, 2025, when ODHS changed her placement location.  MV ran from custody in an attempt to locate her biological mother.  MV's ██████ (Minor Witness 1 or MW1), contacted ODHS with information that MV was being forced into prostitution, had a pimp, and wanted a ride back to the Portland area, where her ████████████████ lived.

**Affidavit of Lyndsey Caron**                                    **Page 2**

7.    MW1 informed the FBI that MV contacted her using Snapchat and had requested a ride.  MW1 told MV to turn on Snapchat location[1], which showed MV was in Vallejo, California.  MW1 video-called MV and determined she was wearing lingerie that was practically nothing and her areolas were visible.  MV informed MW1 that she and other girls were with a man they referred to as "their pimp," and, if she tried to leave, he would beat her.

8.    MV was recovered by the Vallejo, California Police Department at a Motel 6 on September 19, 2025, at approximately 1:17 a.m.  MV was returned to ODHS custody in Portland, Oregon, and remains in ODHS custody as of the time of this affidavit.  On September 25, 2025, and again on November 6, 2025, MV participated in an FBI Child and Adolescent Forensic Interviews (CAFIs).  The Northwest Regional Computer Forensics Lab (NWRCFL) made a digital image of the phone MV was in possession of upon her return, XXX-XXX-▇▇▇ (MV's phone).

9.    Location data saved in MV's phone indicated it was in the vicinity of Vallejo, California on September 18 and 19, 2025.  Specifically, on September 18, 2025, at 1:19 AM UTC, Snapchat registered the phone in the vicinity of the Econo Lodge, Vallejo Fairgrounds, 458 Fairgrounds Drive, Vallejo, California 94589.  On September 19, 2025, at 1:39 AM UTC, Google Maps registered the phone near the Vallejo Inn, 444 Tennessee St, Vallejo, California 94590.  The Affiant knows from training, experience, and discussions with other law enforcement officers, that these areas are known for human trafficking.

10.    During the CAFIs, MV informed the FBI that she ran from ODHS custody to look for her mother at the Evergreen Hotel.  Evergreen Hotel is located on 82nd Avenue, near Sandy

---

[1] According to Snapchat's website and law enforcement guidelines, users can enable location sharing with other users that are bi-directional friends.  If a user has opted into device-level location services, and opted into location services using Snapchat, any time the user is active on Snapchat, bi-directional friends will be able to see the users real-time location data.  Additionally, "Snap Map" is a personalized map that allows users to see where they and their friends have been.  Snaps that have been submitted to Snap Map with a place tag can show up on the map.  Snaps that are submitted to Snap Map or place-tagged are public content and may appear for long periods of time, sometimes for years.  Snap is able provide available geolocation data to law enforcement for an account as a whole, or with respect to Memories metadata.

Boulevard, an area in Portland known as the blade.[2]  There, a man named "Tay" (later identified as Donte Darnell Riley, date of birth XX/XX/1990) walked up and asked MV if she had a man. MV told him no, and that she was only 15.  Riley then lifted his shirt and showed MV a firearm in his waist band and told her to come to his hotel room.

11.    In the hotel room, Riley and a woman named ████ (later identified as ████



████████████) forced her to smoke marijuana.  Riley and ████ discussed passing MV off as 19 years old.  Riley told MV not to tell anyone her real age, and to say she was 19.  MV overheard Riley speaking with another male over the phone.  Riley told him that he got another bitch, got another girl, and maybe he would replace her, and make the new girl his main.  ████ then acted weird toward MV.  MV understood this to mean that ████ was Riley's main girl, and Riley wanted to replace ████ with MV.[3]

12.    When ████ showered, Riley began touching MV.  Riley told MV he had to



make sure she was a good fit for him.  After MV repeatedly told Riley "No," he sexually assaulted MV.  He hit her and gave her a bloody nose.

13.    The next morning, September 16, 2025[4], ████ (later identified as ████

████████████) arrived at the Evergreen Hotel.  ████, ████, and MV took

---

[2] The affiant knows, based on training and experience, that "the blade" is a term used in sex trafficking to refer to a specific location where individuals are known to sell sexual services. The Affiant knows, based on training and experience, that "walking the blade" commonly refers to selling sexual services in the identified area.

[3] In the context of sex trafficking, the Affiant knows, based on training and experience, that traffickers usually will have a "main girl" or a "bottom bitch." The main girl is generally someone whom the trafficker can rely upon to recruit and train additional victims. Traffickers often restrict their victim's access to communication devices in an effort to protect the trafficker's identity and keep victims under their control. The main girl is often responsible for communication between the trafficker and the other victims, both over electronic devices and in person.  For example, the main girl is often responsible for communicating the trafficker's expectations with regard to acceptable behavior, the prices the victims will charge for commercial sex, and how the money is then transferred back to the trafficker.

[4] Previous iterations of warrants for the captioned matter indicated MV was likely transported from Oregon to California on September 15th.  Data gathered throughout the course of the investigation, to include surveillance footage and geolocation data, indicated Riley likely transported MV on September 16th.

**Affidavit of Lyndsey Caron**                                              **Page 4**

turns driving to California in ▓▓▓▓ vehicle while Riley drove a separate vehicle.  MV attempted to get pulled over when she was forced to drive.  When they arrived in California, Riley hit MV for driving in that manner.

14.    The next morning, Riley brought outfits for MV to wear for the purpose of prostitution.  MV told Riley, "No, you've already hit me, you've already raped me, I'm not doing that."  Riley told her she would do it or he would shoot her in the head.  One time, Riley took them shopping and bought them lingerie.  MV was not allowed to pick out the lingerie; Riley picked it out.  Riley paid for the shopping trip and carried their bags out to the car.

15.    On the drive to California and again when they arrived, ▓▓▓▓ told MV the rules. MV was expected to walk around for 12 hours a day, charge $120 for car dates and $150-$200 for hotel dates that lasted 30-45 minutes.  MV was not allowed to date anybody else, leave without permission, or do anything without permission.  MV and the others were not allowed to get in bed unless they showered.  Riley always checked them to make sure they were shaved, both their armpits and pubic region.

16.    MV made approximately four thousand dollars a day.  MV did not get to keep the money because she was expected to turn it all over to Riley.  MV was expected to keep track of her earnings, using the notes application in her phone, so they would know if she kept money for herself.  ▓▓▓▓ taught MV hand signals to indicate if she had a car date or a hotel date.  The hotel dates always occurred at the hotel where Riley, ▓▓▓▓, ▓▓▓▓, and MV were staying at night.  Riley provided the hotel room keys when they were needed for dates.  Riley also provided condoms and blue pills that made MV feel high, so she could stay awake longer and keep working.

17.    MV was not allowed to communicate using her phone directly with Riley.[5]   She was only allowed to communicate with ▓▓▓▓, and ▓▓▓▓ would communicate back to Riley.

---

[5] The Affiant knows, based on training and experience that traffickers often restrict their victim's access to communication devices in an effort to protect the trafficker's identity and keep the victims under their control.

**Affidavit of Lyndsey Caron**                                          **Page 5**

During the second CAFI, MV was shown a forensic extraction of a text message thread between MV's phone and XXX-XXX-███ XXX-XXX-███ was saved in the phone associated to MV as ███ under contacts. MV indicated the conversation occurred between herself and ███. In the text message thread, ███ told MV "when you catch a date let me kno." MV identified the conversation with ███ based on ███'s use of the word "kno" and the fact that she communicated and worked mostly with ███. In the same text thread, ███ provided her cross streets to MV to indicate her location. MV indicated she and ███ always communicated their location when they were working.

18.     MV told the FBI that Riley had fake gold teeth, which he took out at night. He had a few tattoos on his upper arm. He always had pocketknives. He had a blue duffle bag full of knives and when they argued, he would try and scare her by sitting on her bed and sharpening his knives, "like intimidation." He kept the gun on him or in the drawer next to him. The gun had two rhinestones glued onto it. Riley gave MV a phone with number XXX-XXX-███ when they were in California. It was previously ███' phone. Riley went through the phone to make sure MV did not try to escape.

<u>Identification of Riley, ███, and ███</u>

19.     On September 25, 2025, MV was shown multiple photos which were forensically extracted from MV's phone. MV positively identified a photo of ███. MV indicated she took a screen capture of Riley's real Instagram account, with his face, and that it was in the camera roll on the phone the FBI imaged.

20.     On October 1, 2025, the FBI identified the screen capture of Instagram account "tay_butta_" in the forensic image of phone. Visible in the screen capture, the description associated with "tay_butta_" stated "Main Page @butta_bandz_".[6] A related Facebook account

---

[6] The affiant knows, through experience and conversations with other law enforcement officers, that many people have multiple social media accounts, to include multiple accounts on the same platform. Furthermore, individuals attempting to obfuscate criminal behavior, such as human

**Affidavit of Lyndsey Caron**                                                                    **Page 6**

was also identified: username taybutta.richdkids.  Meta records indicated the registered name on taybutta.richkids was Donte JR Donte Jr.  Registered email addresses on the account included danteriley60@yahoo.com and danteriley@yahoo.com.

21.     Through publicly posted information on the two Instagram accounts and the Facebook account, further verified through subscriber information provided by Meta, "Tay" was identified as Donte Darnell Riley, date of birth XX/XX/1990.  Multiple images on Riley's Instagram accounts pictured him fanning out large amounts of cash, in addition to references to "304 day."[7]  Additionally, tay_butta_ posted a video displaying Riley's gold fake teeth.

22.     MV's phone was signed into Instagram account ██████ when ODHS and MV provided the phone to the FBI.  MV indicated after she was recovered by Vallejo Police that she received an Instagram message from an individual she believed to be Riley.  The message was sent by account ████████  Records provided by Meta, LLC determined the phone number associated with the account was XXX-XXX-███.  T-Mobile records indicated XXX-XXX-███ belonged to an individual who was identified as ████'s mother.  On October 2, 2025, the FBI identified ██████ as ████████.

23.     During the second CAFI on November 6, 2025, MV was shown screen captures of Riley's Instagram account "tay_butta_" that were imaged from MV's phone.  MV positively identified the account as belonging to her trafficker, Riley.  MV stated he also went by the name "butta."  MV positively identified Riley as "Tay," ██████ as ████████and ██████ as ████████ in separate photographic line-ups.

---

trafficking, will utilize multiple social media accounts for this purpose.  In this context, "main page" is a signal to other users that the individual has an additional social media account.
[7] The Affiant knows, based on training and experience that "304" is a reference to prostitution and sex work.

**Affidavit of Lyndsey Caron**                                                      **Page 7**

24.     On October 7, 2025, the manager of the Evergreen Inn & Suites provided reservation records for September 14, 2025, to the FBI. ███████████████████ ██████████████, paid cash for room 135 beginning September 8, 2025, and checked out September 15, 2025.  Evergreen Inn and Suites maintained a copy of ██████'s driver's license.  I reviewed portions of the surveillance footage, and positively identified ██████, Riley, and MV in and around the hotel on September 14 -15, 2025.  Riley wore the same clothing in the surveillance footage that he wore in his social media posts on the corresponding days.  The below image is a screen capture from Evergreen hotel footage.  Riley was identified as the driver of the pictured Jeep and ██████ is the female walking.



25.     A review of the historical call data for MV's phone indicated during September 19, 2025, MV had multiple contacts with phone number XXX-XXX-██████ (██████'s number), the number associated to ██████.  MV also had multiple contacts with phone number XXX-XXX-██████ (██████'s number), a number used by ██████, and saved as ██████ in the contacts of the phone associated to MV.  An internet search revealed both numbers were utilized as contact phone numbers for online escort advertisements on Megapersonals where ██████ and ██████ appeared to be providing sexual services in exchange for money.  In one advertisement posted by ██████'s number, ██████ displayed a tattoo that appears to read "butta."[8]

---

[8] The Affiant knows, through experience and conversations with other law enforcement officers,

**Affidavit of Lyndsey Caron**                                                    **Page 8**

26.     Location data saved in MV's phone indicated it was in the vicinity of Vallejo, California on September 18 and 19, 2025.  Specifically, on September 18, 2025, at 1:1908AM UTC, Snapchat registered the phone in the vicinity of the Econo Lodge, Vallejo Fairgrounds, 458 Fairgrounds Drive, Vallejo, California 94589.  On September 19, 2025, at 1:39AM UTC, Google Maps registered the phone near the Vallejo Inn, 444 Tennessee St, Vallejo, California 94590.  The Affiant knows from training, experience, and discussions with other law enforcement officers, that these areas are known for human trafficking.

<u>Riley's Social Media Presence</u>

27.     As described above, MV identified the individual in the screen capture of Instagram account "tay_butta_" as her trafficker, known to her as "Tay".  Visible in the screen capture, the description associated with "tay_butta_" stated "Main Page @butta_bandz_".  Neither of these accounts are currently publicly viewable in their entirety; however, tay_butta_ has some public posts that are still viewable.

28.     On October 2, 2025, Meta provided subscriber records for both accounts.  Phone number XXX-XXX-1091 was registered to tay_butta_ on September 23, 2025.  T-Mobile call detail records for XXX-XXX-1091 indicated that between September 19, 2025 and September 26, 2025, there were multiple contacts with phone numbers attributed to ███████ and ███████.  In addition, there were five outgoing calls to the number associated to MV, all on September 19, 2025, between 9:04 PM and 9:25 PM.

/ / /

/ / /

/ / /

/ / /

/ / /

that through coercion or threat of force, many sex traffickers "brand" their victims.  This is done by having their victims obtain tattoos containing the sex trafficker's street name.  The tattoos are a display of ownership over their victims.

**Affidavit of Lyndsey Caron**                                                                                     **Page 9**

29.    Screen captures of the accounts are included below.  The first two images were the images MV identified as Riley, recovered from MV's device.  The black track suit with yellow stripes is a visual match to the clothing Riley wore in the Evergreen Hotel CCTV footage. The second set of images were posted publicly, and captured by the FBI on October 1, 2025. Riley is pictured fanning out large amounts of cash and references "304 day."[9]  Additionally, tay_butta_ posted a video displaying Riley's gold fake teeth.



---

[9] The Affiant knows, based on training and experience, that "304" is a reference to prostitution and sex work.

30.     There were also publicly viewable Instagram posts by butta_bandz_ captured by the FBI on October 1, 2025, that demonstrated his involvement in prostitution and having large amounts of cash.



31.     On or about December 5, 2025, the FBI identified an additional account associated to Riley, butta_bands_.  Subpoena returns from Meta indicated that on October 29, 2025, Riley's known phone number XXX-XXX-2628 was registered to the account.  I captured multiple publicly viewable posts from butta_bands_ which depicted Riley's continued engagement in sex trafficking.

32.     Riley utilized his Instagram accounts to communicate with MV and other victims. Two direct message threads between Riley's accounts and the victim's account, [MV1] were identified.  On or about September 19, 2025, Riley, using tay_butta_, Riley messaged account [MV1] asking "wya" followed by Riley's phone number, XXX-XXX-2628.  Since then, there have been approximately 50 bi-directional communications between bad [MV1] and butta_bands_, the most recent on January 21, 2026.  The bi-directional messages provided in the return appear to be sharing of other users' content.

33.     Records from Meta indicated the same device was used to access Riley's

**Affidavit of Lyndsey Caron**                                                    **Page 11**

accounts, butta_bandz_, tay_butta_, and butta_bands_. In addition to Riley's listed accounts, that same device was used to access multiple other accounts, including accounts associated to ▆▆▆▆▆ and MV. This is consistent with direct messages between Riley's accounts and ▆▆▆▆'s accounts. ▆▆▆▆ repeatedly references that Riley is accessing her account to follow/unfollow other accounts, block/unblock other accounts. Records received from Meta related to ▆▆▆▆'s Instagram accounts indicated Riley's phone number XXX-XXX-2628 was registered to at least one of her accounts. On November 27, 2025, this number was registered to ▆▆▆▆▆▆▆.

34.    The return for court order ▆▆▆▆▆ included archived stories for Riley's associated social media accounts. On or about September 17, 2026, Riley posted a photo of MV, from behind, wearing a black lace dress and lace thong, walking down the street. The caption was "New (snowflake emoji)." I can identify MV in this photo through comparison to other photos recovered in the forensic image of MV's phone, where she is wearing the same outfit.

35.    Riley also used his Instagram accounts to publicly document his time in Portland, as well as his travel from Portland back to California while caravanning with ▆▆▆▆, ▆▆▆▆▆, and MV in a second vehicle. Both posts below are from September 16, 2025. Left shows the intersection of Sandy Boulevard and 82nd Avenue, around the corner from the Evergreen Hotel

 

and also the blade.   Below right, posted on butta_bandz_, shows he utilized more than one device during this trip.   As he recorded video on one device, a second device was visible in the center console of his vehicle.   His Instagram posts show the use of more than one device on multiple occasions.

36.     In returns from Meta, using account butta_bandz_, Riley sent direct messages on September 9 -10, 2025, discussing sex trafficking and the purchase of a Jeep in Portland with display name "paychoosey2xx."  Excerpts of the conversation are as follows[10]:

> September 9, 2025
> **paychoosey2xx**: lol we in the wrong state these hoes give up on you for a buzz Ball or perk [laugh/cry emoji]
> **Riley:** no frfr
> **paychoosey2xx**: These hoes don't deserve kings we waisting are game they ain't ever seen a dub [two laugh/cry emojis] I can't take her serious and trap be weak
> **Riley:** Gotta have some hoes that respect the game n stay down n believe in the greatness N let the King [crown emoji] Be a king…
> September 10, 2025
> **Riley**: Ook I just got a jeep for out here in Portland FOR THE LOW…
> **Riley**: Sho I got this so  can keep everything else parked I got like 8 cars…



> **Riley**:
> **Riley**: 2016

---

[10] The below contains excerpts of the conversation; ellipses are used for brevity to indicate additional dialogue not captured here.

**Affidavit of Lyndsey Caron**                                                    **Page 13**



**Riley:**

36.     Riley also posted on social media when he was arrested by California Highway

Patrol (CHP).  On December 3, 2025, Riley was arrested by CHP for driving under the influence.

Riley was driving a 2014 Jeep Grand Cherokee, Grey, 4 door, bearing California license plate

9UUF900, VIN 1C4RJEBG6EC480305. ▮▮▮▮ was a passenger in the vehicle.  Riley told

CHP ▮▮▮▮ was his sister.  The compartment of the Jeep was searched and several burnt

marijuana cigarettes were located in the ash tray, in addition to two opened baggies of marijuana.

Riley was released from custody the following day.

<u>Riley's Devices and Location Data</u>

37.     T-Mobile and Verizon records indicated that ▮▮▮▮'s number and ▮▮▮▮'s

number were regularly in contact with at least two separate numbers attributed to Riley, XXX-

XXX-▮▮▮ and XXX-XXX▮▮▮.  Riley also utilized his devices to attempt to contact MV

around the time frame she was recovered by Vallejo, PD.  IP address records provided by Meta

for Riley's social media accounts indicate the accounts are primarily being accessed through IP

addresses associated to wireless cellular service providers.  As demonstrated above, Riley

primarily utilizes his Instagram accounts to advertise his trafficking/pimping activity, recruit and

communicate with victims, and flaunt the proceeds of his sex trafficking enterprise.

38.     A court order was served to T-Mobile ▮▮▮▮▮▮ for historical location

data MV's phone, ▮▮▮▮'s phone, and ▮▮▮▮'s phone.  Preliminary analysis of the historical

location data showed travel of all four phones from the greater Portland area into the Bay Area

consistent with the time frame in which MV was trafficked.

39.     The location data for the XXX-XXX-2628 was consistent with Riley's publicly viewable posts on Instagram.  A high volume of travel around the bay area was observed, to include areas known for human trafficking.  Riley also traveled to Reno and to Portland in the time frame requested.  In general, Riley was active, both on the phone and mobile, well into the early hours of most mornings.

### Conclusion

6.     Based on the foregoing, I have probable cause to believe that **DONTE DARNELL RILEY** committed 18 U.S.C. § 1591, Sex Trafficking of Children and by Force, Fraud, or Coercion; 18 U.S.C. § 2423(a), Transportation of Minors with the Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 1201, Kidnapping.  I therefore request that the Court issue a criminal complaint and arrest warrant for **RILEY.**

7.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Eliza Carmen Rodriguez and AUSA Carmen Rodriguez advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

8.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, or otherwise

**Affidavit of Lyndsey Caron**                                              **Page 15**

seriously jeopardize an investigation.  Premature disclosure of the affidavit, the criminal

complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
LYNDSEY CARON
Special Agent, FBI

       Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone at 4:13 p.m. on March 9, 2026.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:26-mj-00049 |
| | ) | |
| Donte Darnell Riley | ) | |
| | ) | |
| *Defendant* | ) | |

Certified to be a true and correct
copy of original filed in this District
Dated: **03/09/2026**
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/S. Behrends**
Pages **1** Through **2**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Donte Darnell Riley                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1591, Sex Trafficking of Minors or by Force, Fraud, or Coercion; 18 U.S.C. § 2423(a), Transportation of Minors with the Intent to Engage in Criminal Sexual Activity; 18 U.S.C. § 1201, Kidnapping.

Date:     3/9/2026

_____
*Issuing officer's signature*

City and state:     Portland, Oregon

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____ *Arresting officer's signature* |
| _____ *Printed name and title* |